# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

147934

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MICHAEL BAILEY WILLIAMS,
   Defendant-Appellant.

SC: 147934
COA: 317528
Wayne CC:   85-006350-FC
                     85-006367-FC

_____/

On order of the Court, the application for leave to appeal the September 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

h0421